ALAN R. PLUTZIK (SBN 077785)
JENNIFER S. ROSENBERG (SBN 121023)
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
jrosenberg@bramsonplutzik.com

JEFFREY S. NOBEL (*pro hac vice*)
ROBERT A. IZARD (*pro hac vice*)
MARK P. KINDALL (SBN 138703)
**IZARD NOBEL LLP**
29 South Main Street, Suite 215
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
jnobel@izardnoble.com
rizard@izardnoble.com
mkindall@izardnoble.com

Attorneys for Plaintiffs
**JACEN MANAGEMENT LLC and
ELDEE-K RENTAL PROPERTIES, LLC**

ANDREW E. PARIS (SBN 162562)
GRACE W. KANG (SBN 271260)
SAYAKA KARITANI (SBN 240122)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
drew.paris@alston.com
grace.kang@alston.com
sayaka.karitani@alston.com

Attorneys for Defendant
**DIRECTV, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACEN MANAGEMENT LLC, a Connecticut limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 3:11-cv-02416-CRB<br><br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER RE MOTION TO DISMISS AND MOTION TO STRIKE BRIEFING SCHEDULE, HEARING DATE, CMC DATE AND DISMISSAL OF COMPLAINT IN RELATED *JACEN MANAGEMENT LLC v. DIRECTV, INC.* MATTER** |

3:11-cv-02416-CRB

[Proposed] Order Re Stipulation Re Motions To Dismiss And Strike Briefing Schedule, Hearing Date. CMC Date and Dismissal Of Complaint in Related *Jacen v. DIRECTV, Inc.* Matter

**[~~PROPOSED~~] ORDER**

WHEREAS, counsel for Plaintiffs have agreed to dismiss the complaint in *Jacen Management LLC v. DIRECTV, Inc.* (Case No. 3:11-cv-00384-CRB) and have filed a new complaint on behalf of Eldee-K that is substantially identical to the *Jacen* Amended Complaint;

WHEREAS, on June 2, 2011, DIRECTV filed its Motions to dismiss and strike the class allegations against Eldee-K (Dkts. 7 and 8), and set a hearing date for July 8, 2011, the same date previously set by the Court for the hearing on DIRECTV's Motions to dismiss and strike the Jacen complaint;

WHEREAS, Eldee-K has agreed to maintain the briefing schedule previously-stipulated to by Jacen for the motions DIRECTV has filed in the Eldee-K matter; and

WHEREAS, the Parties have agreed to request that the Initial Case Management Conference be set for July 8, 2011 to coincide with the date for the hearing date on DIRECTV's Motions;

IT IS HEREBY STIPULATED AND ORDERED THAT:

1. Eldee-K shall have until June 10, 2011 to file opposition papers to DIRECTV's motions to dismiss and strike the First Amended Complaint.

2. DIRECTV shall have until June 24, 2011 to file any reply papers.

3. The hearing date and Case Management Conference will be July 8, 2011 at 10:00 a.m., or as soon thereafter as this matter may be heard.

4. Jacen will file a Notice of Dismissal pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) on or before June 10, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 3, 2011

Honorable
UNITED STATES



IT IS SO ORDERED
Judge Charles R. Breyer

3:11-cv-02416-CRB

[Proposed] Order Re Stipulation Re Motions To Dismiss And Strike Briefing Schedule, Hearing Date, CMC Date and Dismissal Of Complaint in Related *Jacen v. DIRECTV, Inc.* Matter

Respectfully submitted,

DATED: June 2, 2011        ALAN R. PLUTZIK
                           JENNIFER ROSENBERG
                           **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**

                           JEFFREY S. NOBEL
                           ROBERT A. IZARD
                           MARK P. KINDAL
                           **IZARD NOBEL LLP**

                           /s/ Mark P. Kindall
                           ──────────────────────────
                                      Mark P. Kindall
                           Attorneys for Plaintiffs
                           **JACEN MANAGEMENT LLC and
                           ELDEE-K RENTAL PROPERTIES, LLC**

DATED: June 2, 2011        ANDREW E. PARIS
                           GRACE W. KANG
                           SAYAKA KARITANI
                           **ALSTON & BIRD LLP**

                           /s/ Andrew E. Paris
                           ──────────────────────────
                                      Andrew E. Paris
                           Attorneys for Defendant
                           **DIRECTV, INC.**