IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDEE-K RENTAL PROPERTIES, LLC, | No. C 11-02416 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DIRECTV, INC., | |
| Defendant. / | |

The Court, having granted Defendant's Motion to Dismiss with prejudice, hereby enters Judgment in Defendant's favor against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 17, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2416\Judgment.wpd