UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 02 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ELDEE-K RENTAL PROPERTIES, LLC, a Connecticut limited liability company, on behalf of itself and all others similarly situated,

        Plaintiff - Appellant,

  v.

DIRECTV, INC., a Delaware corporation,

        Defendant - Appellee.

No. 11-17994

D.C. No. 3:11-cv-02416-CRB
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered April 09, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Margoth Turcios
        Deputy Clerk